BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:12-CR-00135-AWI-BAM |
| Plaintiff, | ) DECLARATION OF PUBLICATION |
| v. | ) |
| THEODORE WILLIAMS, | ) |
| Defendant. | ) |

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site www.forfeiture.gov for at least 30 consecutive days, beginning on July 13, 2013 and ending on August 11, 2013.

Attached hereto as Attachment 1 is a true and correct copy of the Notice of Forfeiture I caused to be published on the official government internet site www.forfeiture.gov.

Attached hereto as Attachment 2 is a true and correct copy of the Advertisement Certification Report that I printed from the Department of Justice Consolidated Asset Tracking System (CATS), a

database designed to track, throughout the forfeiture life-cycle, assets seized by federal law enforcement agencies.  Attachment 2 shows that the Notice of Forfeiture (Attachment 1) was published for 30 consecutive calendar days.

    I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 27, 2013, at Fresno, California.

       /s/ Elisa M. Rodriguez
ELISA M. RODRIGUEZ
FSA Paralegal III
(Original signature retained by attorney)

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**COURT CASE NUMBER: 1:12-CR-00135-AWI-BAM; NOTICE OF FORFEITURE**

Notice is hereby given that on July 05, 2013, in the case of <u>U.S. v. Theodore Williams</u>, Court Case Number 1:12-CR-00135-AWI-BAM, the United States District Court for the Eastern District of California entered an Order condemning and forfeiting the following property to the United States of America:

ARMSCOR OF THE PHILIPPNES (SQUIRES BINGHAM) UNKNOWN SAWED OFF RIFLE (SHORT BARREL) RIFLE 22 BAR:12.5 SN: A816143 (12-ATF-016286) which was seized from Theodore Williams on March 30, 2012 at Peach Avenue and Gettysburg Avenue, located in Clovis, California

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (July 13, 2013) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 2500 Tulare Street, First Floor, Fresno, CA  93721, and a copy served upon Assistant United States Attorney Kimberly A. Sanchez, 2500 Tulare Street, 4401 Federal Building, Fresno, CA  93721. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Attachment 2

**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 13, 2013 and August 11, 2013. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Theodore Williams

**Court Case No:**  1:12-CR-00135-AWI-BAM
**For Asset ID(s):**  See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/13/2013 | 24.0 | Verified |
| 2 | 07/14/2013 | 24.0 | Verified |
| 3 | 07/15/2013 | 23.9 | Verified |
| 4 | 07/16/2013 | 23.8 | Verified |
| 5 | 07/17/2013 | 24.0 | Verified |
| 6 | 07/18/2013 | 24.0 | Verified |
| 7 | 07/19/2013 | 24.0 | Verified |
| 8 | 07/20/2013 | 24.0 | Verified |
| 9 | 07/21/2013 | 24.0 | Verified |
| 10 | 07/22/2013 | 24.0 | Verified |
| 11 | 07/23/2013 | 24.0 | Verified |
| 12 | 07/24/2013 | 24.0 | Verified |
| 13 | 07/25/2013 | 23.6 | Verified |
| 14 | 07/26/2013 | 24.0 | Verified |
| 15 | 07/27/2013 | 24.0 | Verified |
| 16 | 07/28/2013 | 24.0 | Verified |
| 17 | 07/29/2013 | 24.0 | Verified |
| 18 | 07/30/2013 | 24.0 | Verified |
| 19 | 07/31/2013 | 24.0 | Verified |
| 20 | 08/01/2013 | 24.0 | Verified |
| 21 | 08/02/2013 | 24.0 | Verified |
| 22 | 08/03/2013 | 24.0 | Verified |
| 23 | 08/04/2013 | 24.0 | Verified |
| 24 | 08/05/2013 | 24.0 | Verified |
| 25 | 08/06/2013 | 24.0 | Verified |
| 26 | 08/07/2013 | 24.0 | Verified |
| 27 | 08/08/2013 | 24.0 | Verified |
| 28 | 08/09/2013 | 24.0 | Verified |
| 29 | 08/10/2013 | 23.6 | Verified |
| 30 | 08/11/2013 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.