HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561



FILED

MAR 18 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THEODORE WILLIAMS, <br><br> Defendant. | Case No. 1:12-cr-00135 LJO-BAM <br><br> **APPLICATION AND [PROPOSED] ORDER APPOINTING COUNSEL** |

Defendant, Theodore Williams, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for the purpose of seeking modification of a condition of his term of supervised release, specifically, home detention.

Mr. Williams submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. On November 21, 2018, Mr. Williams admitted to amended Charge 1 of the Petition for violation of supervised release. On December 10, 2018, Mr. Williams was sentenced to time served, 32 months supervised release with conditions, including location monitoring/home detention for six months, which Mr. Williams wishes to modify, and was ordered released forthwith.

Therefore, after reviewing Mr. Williams' Financial Affidavit, it is respectfully recommended that counsel be appointed to assist him.

Dated: March 15, 2019

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: March 18, 2019

_____
HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge