**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**2014 Tulare Street, Suite 600**
**Fresno, California 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant THEODORE WILLIAMS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:12-CR-00135-LJO |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL APPEARANCE ON SUPERSEDING VIOLATION PETITION** |
| vs. | |
| THEODORE WILLIAMS, | |
| Defendant. | Date: December 9, 2019<br>Time: 2:00 p.m.<br>Court: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by the defendant, THEODORE WILLIAMS, by and through his counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney, Jessica Massey, that the Initial Appearance on the Superseding Violation Petition may be continued to December 16, 2019.

The continuance is requested by counsel for defendant, THEODORE WILLIAMS, as attorney Serita Rios will be out of the county on December 9, 2019, and unavailable to appear for the currently scheduled Initial Appearance hearing.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may be present for the hearing. The parties further stipulate that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO STIPULATED.

Dated: December 4, 2019

/s/ SERITA RIOS
_____
**Serita Rios**
Attorney for Defendant

Dated: December 4, 2019

/s/ JESSICA MASSEY
_____
**Jessica Massey**
Assistant United States Attorney

----------------------------------------------------------------------------------------------------

# ORDER

Pursuant to the stipulation of the parties and for the reasons provided, the Initial Appearance on the Superseding Violation Petition will be continued to December 16, 2019. Furthermore, time under the Speedy Trial Act will be excluded for this period because the interests of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO ORDERED.

Dated: **December 5, 2019**  /s/ Erin P. Grosj
UNITED STATES MAGISTRATE JUDGE