1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              Case: 1:12-cr-00135-NONE-BAM

12              Plaintiff,                    ORDER REASSIGNING CASE FOR
                                              PURPOSES OF RULING ON MOTION FOR
13         v.                                 COMPASSIONATE RELEASE

14    THEODORE WILLIAMS,                      (Doc. No. 68)

15              Defendant.

16

17         The Local Rules provide that "[a]ctions may be reassigned between Judges on order

18   signed by the transferring and accepting Judges as approved by the Court."  L.R., App. A (f)(1).

19   /////

20   /////

21   /////

22   /////

23   /////

24   /////

25   /////

26   /////

27   /////

28   /////

                                             1

        In order to ensure the fair distribution of the court's caseload and the efficient resolution of all matters, the court REASSIGNS the above-captioned action to United States Senior District Judge Anthony W. Ishii for purposes of deciding the pending motion for compassionate release. (Doc. No. 68.)  After the motion for compassionate release is ruled upon, the case shall be reassigned back to "unassigned" status for all purposes.

IT IS SO ORDERED.

Dated:   August 30, 2020   

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.

Dated:   August 30, 2020   

_____
SENIOR  DISTRICT  JUDGE

IT IS SO ORDERED.

Dated:   August 30, 2020   

_____
CHIEF UNITED STATES DISTRICT JUDGE

2