McGREGOR W. SCOTT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE WILLIAMS,<br><br>Defendant. | CASE NO. 1:12-CR-00135-NONE<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AMENDED BRIEFING SCHEDULE |

The United States, by and through its attorney of record, Jessica A. Massey, hereby submits the following proposed order for an amended briefing schedule regarding the Defendant's Renewed Motion for Compassionate Release (Doc. 77).

As of this writing, BOP attorneys responsible for providing the government with relevant BOP records pertaining to the defendant, including medical records, are on leave until January 4, 2021. The government anticipates that it will not receive the requested updated records pertaining to this defendant until the week of January 11, 2021. The Government seeks additional time to obtain these records so that it may draft it's response to the defendant's renewed motion. Defendant does not object to this extension.

///

///

///

1

The parties request the Court extend the Government's deadline to file a response to the Defendant's renewed motion by January 19, 2021, and that the Defendant's Reply, if any, be filed by January 26, 2021.

**IT IS SO STIPULATED.**

                Respectfully Submitted,

DATED: 12/29/20              */s/Jessica A. Massey*
                JESSICA A. MASSEY
                Assistant U.S. Attorney

DATED: 12/29/20              */s/ Serita Rios*
                SERITA RIOS
                Attorney for Defendant
                Theodore Williams

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Government/Respondent's Opposition Brief **Due January 19, 2021**

Defendant's/Movant's Reply (if any) **Due January 26, 2021**

IT IS SO ORDERED.

Dated:   December 30, 2020         _____
                                    SENIOR  DISTRICT  JUDGE