1  McGREGOR W. SCOTT
   United States Attorney
2  JESSICA A. MASSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 1:12-CR-00135-NONE
                                       |
12 |                   Plaintiff,      | STIPULATION AND ORDER FOR AMENDED
                                       | BRIEFING SCHEDULE
13 |             v.                    |

14   THEODORE WILLIAMS,

15                   Defendant.

16

17      The United States, by and through its attorney of record, Jessica A. Massey, hereby submits the

18  following proposed order for an amended briefing schedule regarding the Defendant's Renewed Motion

19  for Compassionate Release (Doc. 77).

20      Due to a medical emergency, the Government seeks additional time to file its response to the

21  defendant's renewed motion. Defendant does not object to this extension.

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                            1

The parties request the Court extend the Government's deadline to file a response to the Defendant's renewed motion by January 22, 2021, and that the Defendant's Reply, if any, be filed by January 29, 2021.

**IT IS SO STIPULATED.**

                                      Respectfully Submitted,

DATED: 1/18/21                          */s/Jessica A. Massey*
                                        JESSICA A. MASSEY
                                        Assistant U.S. Attorney

DATED: 1/18/21                          */s/ Serita Rios*
                                        SERITA RIOS
                                        Attorney for Defendant
                                        Theodore Williams

## **ORDER**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Government/Respondent's Opposition Brief **Due January 22, 2021**

Defendant's/Movant's Reply (if any) **Due January 29, 2021**

IT IS SO ORDERED.

Dated:   January 19, 2021                                                
                                                      SENIOR DISTRICT JUDGE