# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  **Plaintiff**<br><br>  v.<br><br>**THEODORE WILLIAMS,**<br><br>  **Defendant** | **CASE NO. 1:12-CR-0135 AWI BAM**<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL AND ORDER FOR CLERK TO FILE UNITED STATES' EXHIBIT 2 UNDER SEAL**<br><br>(Doc. No. 31) |

On December 23, 2020, Defendant Javier Miranda, appearing pro se, filed a motion for reconsideration of an order that denied Defendant relief under 18 U.S.C. § 3582(c). See Doc. No. 25. On January 22, 2021, Defendant filed a proposed order and request to file Exhibit 2 under seal as the exhibit is composed of medical records. See Doc. No. Doc. 84.

Medical records contain private, confidential, and often sensitive information, and courts often order medical records to be filed under seal. E.g. United States v. Bradley, 2020 U.S. Dist. LEXIS 119962, *21 (E.D. Cal. July 6, 2020); Johnsen v. Tambe, 2019 U.S. Dist. LEXIS 144715, *2-*5 (W.D. Wash. Aug. 26, 2019). The Court detects no reason to reach a different conclusion in this case. Therefore, Defendant's medical records, which are United States' Exhibit 2, will be sealed.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the Clerk shall file Defendant's medical records, which are United States' Exhibit 2 in support of opposition, UNDER SEAL.

IT IS SO ORDERED.

Dated:   January 25, 2021                              _____
                                                                                           SENIOR DISTRICT JUDGE