McGREGOR W. SCOTT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00135-NONE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR AMENDED BRIEFING SCHEDULE |
| v. | |
| THEODORE WILLIAMS, | |
| Defendant. | |

The United States, by and through its attorney of record, Jessica A. Massey, hereby submits the following proposed order for an amended briefing schedule regarding the Defendant's Renewed Motion for Compassionate Release (Doc. 88).

The Government seeks additional time to file its response to the defendant's renewed motion. Defendant does not object to this extension.

///

///

///

///

///

///

///

1

The parties request the Court extend the Government's deadline to file a response to the Defendant's renewed motion by February 25, 2021, and that the Defendant's Reply, if any, be filed by March 4, 2021.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 2/23/21                             */s/Jessica A. Massey*
                                           JESSICA A. MASSEY
                                           Assistant U.S. Attorney


DATED: 2/23/21                             */s/ Serita Rios*
                                           SERITA RIOS
                                           Attorney for Defendant
                                           Theodore Williams


## **ORDER**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Government/Respondent's Opposition Brief **Due February 25, 2021**

Defendant's/Movant's Reply (if any) **Due March 4, 2021**


IT IS SO ORDERED.

Dated:   February 24, 2021                _____
                                          SENIOR DISTRICT JUDGE

2